No. A-141 (O. T. 1996). MATA *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. D-1671. IN RE DISBARMENT OF WALL. Disbarment entered. [For earlier order herein, see 517 U. S. 1153.]

No. D-1672. IN RE DISBARMENT OF JENNINGS. Disbarment entered. [For earlier order herein, see 517 U. S. 1153.]

No. D-1674. IN RE DISBARMENT OF MIMS. Disbarment entered. [For earlier order herein, see 517 U. S. 1165.]

No. D-1677. IN RE DISBARMENT OF WITT. Disbarment entered. [For earlier order herein, see 517 U. S. 1185.]

No. D-1678. IN RE DISBARMENT OF HIRSH. Disbarment entered. [For earlier order herein, see 517 U. S. 1185.]

No. D-1679. IN RE DISBARMENT OF BROWN. Disbarment entered. [For earlier order herein, see 517 U. S. 1185.]

No. D-1681. IN RE DISBARMENT OF BIEDERMAN. Disbarment entered. [For earlier order herein, see 517 U. S. 1207.]

No. D-1682. IN RE DISBARMENT OF BRAMHALL. Disbarment entered. [For earlier order herein, see 517 U. S. 1217.]

No. D-1683. IN RE DISBARMENT OF CLINARD. Disbarment entered. [For earlier order herein, see 517 U. S. 1217.]

No. D-1684. IN RE DISBARMENT OF BLOOMFIELD. Disbarment entered. [For earlier order herein, see 517 U. S. 1217.]

No. D-1685. IN RE DISBARMENT OF REILLY. Disbarment entered. [For earlier order herein, see 517 U. S. 1218.]

No. D-1686. IN RE DISBARMENT OF JONES. Disbarment entered. [For earlier order herein, see 517 U. S. 1218.]

No. D-1687. IN RE DISBARMENT OF GOTTFRIED. Disbarment entered. [For earlier order herein, see 517 U. S. 1231.]

No. D-1688. IN RE DISBARMENT OF GARRIGAN. Disbarment entered. [For earlier order herein, see 517 U. S. 1242.]